IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GORDON RALEIGH | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-13-1502 |
| | § | |
| LAW OFFICES OF REGENT AND ASSOCIATES, | § § | |
| | § | |
| Defendant. | § | |

## ORDER OF DISMISSAL

In accordance with the parties' stipulation, (Docket Entry No. 9), this action is dismissed with prejudice.

SIGNED on July 3, 2013, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge